# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4787
_____

AVA ELECTRIS CANNIE aka Eva
Helene Cannie,

     Appellant,

     v.

JACKSONVILLE GOLF AND
COUNTRY CLUB HOMEOWNERS
ASSOCIATION, MARSH LANDING
MANAGEMENT CO. and COUNTRY
CLUB CONCIERGE MAGAZINE,
INC.,

     Appellees.

_____

On appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

January 7, 2019

PER CURIAM.

     DISMISSED.

MAKAR, WINOKUR, and JAY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Ava Electris Cannie, pro se, Appellant.

No appearance for Appellees.